# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No: 25-CR-479(1) JWB/JFD |
| | ) | Date: September 24, 2026 |
| v. | ) | Court Reporter: Lori Morrow |
| | ) | Courthouse: St. Paul |
| HASSAN AHMED HUSSEIN, | ) | Courtroom: 7A |
| | ) | Time Commenced: 10:00 a.m. |
| Defendant. | ) | Time Concluded: 10:28 a.m. |
| | ) | Time in Court: 28 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Raymond Beckering, Assistant United States Attorney
For Defendant: Dane DeKrey, Retained

PROCEEDINGS:

- ☒ **Change of Plea Hearing.**
- ☒ PLEA:
  - ☒ Guilty as to Count 1 of the Indictment.
- ☒ Presentence Investigation and Report requested.
- ☒ Bond continued.

s/ D. Dodd
Courtroom Deputy